222 P.3d 408

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Jones v. University of Hawaii . . . . . . | 29867 | 12/21/2009 Dismissed | |
| T.C., In re . . . . . . . . . . . . . . . . . . . . . | 28295 | 12/09/2009 Dismissed | 121 Hawai'i 92, 214 P.3d 1082 |
| N.C., In re . . . . . . . . . . . . . . . . . . . . . | 28294 | 12/09/2009 Dismissed | 120 Hawai'i 418, 209 P.3d 195 |